FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN LEE TOWNER, <br><br> Defendant. | No. 1:23-CR-02050-SAB-1 <br><br> ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE <br><br> **ECF Nos. 31, 32** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 31) and related Motion to Expedite (ECF No. 32). Defendant was represented on these Motions by Assistant Federal Defender Jennifer Barnes.

Defendant requests that the Court modify Special Condition No. 9 to allow him to visit his mother-in-law at an assisted-living facility. ECF No. 31. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id*.

The Court, having reviewed the Motions and finding good cause therefor, **HEREBY ORDERS:**

1. Defendant's Motion to Expedite (**ECF No. 32**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 31**) is **GRANTED**.

ORDER - 1

3. **Defendant Shall abide by the following additional Special Condition of Release at all times:**[1]

    **10.** **Discretionary Leave:** Defendant shall be permitted to attend family events and activities as pre-approved by the United States Probation/Pretrial Services Office. Defendant shall provide that Office with the date, time, and details of the activity at least three days prior to the requested date.

4. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 18, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

---

[1] While ostensibly an additional condition, this language permits the United States Probation/Pretrial Services Office to approve the requested visits without specific language from the Court.

ORDER - 2